UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALEXION PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-2225 (RWR) |
| ) | |
| HON. DAVID J. KAPPOS,[1] ) | |
| Under Secretary of Commerce for Intellectual ) | |
| Property and Director of the United States ) | |
| Patent and Trademark Office ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT PURSUANT TO COURT'S MINUTE ORDER OF FEBRUARY 25, 2009

Plaintiff Alexion Pharmaceuticals, Inc. ("Plaintiff"), and Defendant, the Hon. David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Defendant") (collectively, "the Parties"), by and through undersigned counsel, hereby respectfully file this joint status report pursuant to the Court's Minute Order of February 25, 2009:

On January 7, 2010, the United States Court of Appeals for the Federal Circuit affirmed the opinion of this Court in *Wyeth & Elan Pharma Int'l, Ltd. v. Dudas*, Civil Action No. 07-01492 (JR), holding that plaintiffs were entitled to patent term adjustments under 35 U.S.C. § 154(b). *See Wyeth & Elan Pharma Int'l, Ltd. v. Kappos*, No. 2009-1120, 2010 WL 27184 (Fed. Cir. Jan. 7, 2010). The Solicitor General has not yet decided whether to petition for *en banc* rehearing of the panel decision, to seek a writ of certiorari from the Supreme Court of the United

---

[1] The Hon. David J. Kappos was confirmed as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office on August 7, 2009, and is automatically substituted here as Defendont pursuant to Federal Rule of Civil Procedure 25(d).

States, or do neither. If the Solicitor General elects to seek further review, she must request rehearing within the time denoted under Federal Rule of Appellate Procedure 35(c), or file a writ of certiorari within the time denoted under Supreme Court Rule 13, if sought directly. As the Parties believe the holding in *Wyeth* will be dispositive of the issues in this case, they respectfully request that this Court continue to stay this action until final disposition of the *Wyeth* appeal (*i.e.*, Civil Action No. 07-01492 (JR)).

Dated: January 19, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ James E. Hopenfeld | /s/ |
| JAMES E. HOPENFELD, D.C. Bar #483985 | CHANNING D. PHILLIPS, D.C. Bar #415793 |
| Ropes & Gray LLP | United States Attorney |
| One Metro Center | |
| 700 12th Street, N.W., Suite 900 | /s/ |
| Washington, D.C. 20005-3948 | RUDOLPH CONTRERAS, D.C. Bar #434112 |
| Tel: (202) 508-4695  Fax: (202) 383-7765 | Assistant United States Attorney |
| | |
| Counsel for Plaintiff | /s/ Michelle Lo |
| | MICHELLE LO |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202) 514-5134   Fax: (202) 514-8780 |
| | Michelle.Lo2@usdoj.gov |
| | |
| | Counsel for Defendant |